TROY Y. NELSON, WSBA No. 27274
PAINE, HAMBLEN, COFFIN,
     BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
troy.nelson@painehamblen.com

The Honorable Lonny R. Suko

Attorneys for Defendant The BNSF
RAILWAY COMPANY

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| RICKY D. SIERS,  )<br>　　　　Plaintiff,  )<br>vs.  )<br>BNSF RAILWAY COMPANY,  )<br>a Delaware corporation.  )<br>　　　　Defendant.  )<br>_____ ) | No. CV-05-375-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>[*Proposed*] |

On Hearing the Parties' Stipulated Motion for Dismissal With Prejudice and the Court being fully advised in the premises, it is ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

Dated this  18th  day of October, 2006.

　　　　　　　　　　　　s/Lonny R. Suko
　　　　　　　　　　　　_____
　　　　　　　　　　　　The Honorable Lonny R. Suko

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE - 1

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  PRESENTED BY:

2  PAINE, HAMBLEN, COFFIN
3      BROOKE & MILLER, LLP

4  By: s/ TROY Y. NELSON
    Troy Y. Nelson, WSBA No 27274
5      Attorney for Defendant
    717 West Sprague Avenue, Suite 1200
6      Spokane, Washington 99201-3505
    509-455-6000
7      509-838-0007 (facsimile)
    troy.nelson@painehamblen.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of October, 2006, I electronically filed the foregoing **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** with the clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Ronald Groshong | groshong@hotmail.com |
| Russell A. Ingebritson | russinge47@aol.com<br>karicasper30@aol.com |
| Kathryn M. Kohn | k.m.kohn@att.net<br>angiebisping@aol.com |
| Troy Y. Nelson | troy.nelson@painehamblen.com<br>jennifer.hoskins@painehamblen.com |
| Gregory C. Hesler | greg.hesler@painehamblen.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants.

*No Manual recipients.*

By: /s/ Troy Y. Nelson
Troy Y. Nelson, WSBA No. 27274
Attorney for Defendant
Paine, Hamblen, Coffin, Brooke & Miller LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
509-455-6000
509-838-0007 (facsimile)
troy.nelson@painehamblen.com

H:\CDADOCS\12106\00146\plead\00451259.DOC

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000